IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN RUSSELL MEYER,

    Plaintiff,                               No. CIV S-06-2584 LKK GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                            ORDER

_____/

        On February 11, 2008, plaintiff filed a request for a temporary restraining order/preliminary injunction seeking physical therapy or a consultation with an orthopedic consultation for his "chronic patellar tendonitis and knee pain." Motion, pp. 2-3. He also seeks to be assigned to a lower bunk to limit the pain he states that he endures from having to climb to and from an upper bunk. Plaintiff's declaration, p. 8. Defendants' must file their response to plaintiff's motion within 20 days.

        Plaintiff has also requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir.

1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants must file their response to plaintiff's request for a TRO/preliminary injunction, filed on February 11, 2008 (# 24), within twenty days of the date of this order; and

2. Plaintiff's request for the appointment of counsel, filed on February 11, 2008 (#25) is denied.

DATED:  04/04/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
meye2584.rsp