IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN RUSSELL MEYER,

        Plaintiff,                   No. CIV S-06-2584-LKK-GGH P

    vs.

GRAY DAVIS, et al.,

        Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has been granted leave to proceed with this action in forma pauperis pursuant to 28 U.S.C. § 1915.

        On September 25, 2008, plaintiff filed a request for a court-appointed investigator.  The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress.  <u>Tedder v. Odel</u>, 890 F.2d 210 (9th Cir. 1989).  The in forma pauperis statute does not authorize the expenditure of public funds for investigators.  <u>See</u> 28 U.S.C. § 1915.

////

////

////

////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a court
2   appointed investigator filed September 25, 2008 (Docket #45) is denied.
3   DATED: November 4, 2008

    /s/ Gregory G. Hollows
    GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE

GGH:cm
meye2584.31c