IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN RUSSELL MEYER,

       Plaintiff,                   No. CIV S-06-2584 LKK GGH P

   vs.

GRAY DAVIS, et al.,

       Defendants.            <u>ORDER</u>

_____/

        Plaintiff has filed documents entitled "first and second requests for production of documents."  Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure.  Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's November 21, 2008 first and second requests for production of documents (Docket Nos 50 and 51) will be placed in the court file and disregarded.  Plaintiff is cautioned that further filing of discovery requests or

/////

/////

1 responses, except as required by rule of court, may result in an order of sanctions, including, but
2 not limited to, a recommendation that this action be dismissed.
3 DATED: December 9, 2008

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
meye2584.411