IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN RUSSELL MEYER,

    Petitioner,

  vs().                                   No. CIV S-06-2584-LKK-GGH P

ARNOLD SCHWARZENEGGER, et al.,

    Respondents.                      ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On August 5, 2009, plaintiff filed a motion (Doc. 78) requesting the court to provide plaintiff with twenty blank witness subpoena forms. Plaintiff only states that he wants to prepare his witness list. The court is unsure as to the reason for the subpoena forms. Pursuant to the scheduling order filed on February 5, 2009, all pretrial motions shall be filed on or before September 11, 2009. After that date, if appropriate, the court will provide a further scheduling order describing the procedures for plaintiff to obtain witnesses to appear at trial. At this time, it is premature for plaintiff to need to obtain witnesses for trial.

\\\\\

\\\\\

\\\\\

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for twenty
2 subpoenas (Doc. 78) is denied.
3 DATED: August 21, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:AB
meye2584.subp